IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 28 PM 12:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    No. 03-20005-B

JUANITA GALE ANDREWS,

    Defendant.

### ORDER TO RETURN PASSPORT

Upon motion of the defendant, for good cause shown, and because the defendant has complied with the terms of her bond and orders of the court, it is hereby:

ORDERED, ADJUDGED AND DECREED that the clerk shall return the passport Juanita Gale Andrews surrendered on January 9, 2003 to her.

Entered this 26th day of July, 2005.

_____
J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05



(241)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 241 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juanita Gale Andrews
8662 Magnolia Bloom Cove
Cordova, TN 38016

Honorable J. Breen
US DISTRICT COURT