IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 22 PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      No. 03-20005-B

JUANITA GALE ANDREWS,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

---

Before the Court is the July 26, 2005 motion for early termination of supervised release by the Defendant, Juanita Gale Andrews. The Court may terminate "a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the Federal Rules of Criminal Procedure." 18 U.S.C. § 3583(e)(1). Although Defendant has completed one year of supervised release, the Court concludes that the motion should be denied at this time because Andrews has not been stable and within the last six months has committed a technical violation of her supervised release. Additionally, the Defendant has not worked or received any income.

Accordingly, the Court DENIES Andrews' motion for early termination of supervised release at this time.

IT IS SO ORDERED this 19th day of August, 2005.

                    /s/ J. Daniel Breen
                    J. DANIEL BREEN
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 248 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Juanita Gale Andrews
8662 Magnolia Bloom Cove
Cordova, TN 38016

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT